AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____05-196_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

____APR 0 5 2005____  _____(signature)_____
(Date forms issued)   (Signature of Party or their Representative)

_____Catherine H. Emmett_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action