# Consolidated Class Action Complaint

# Part 2 of 3



124. The following print advertisement appeared several times in print media throughout the Class Period:



125.    The foregoing advertisements were deceptive and misleading in a number of respects. The overall intent of these advertisements and others of a similar nature was to cause doctors and consumers to believe that Nexium was superior to Prilosec, hence the phrase "Powerful New PPI." The impression created by this advertisement was misleading in that Nexium was not "new" in any meaningful clinical sense and was not "powerful" in that it offered no clinical improvement over Prilosec as the advertisement implies and/or suggests. Further, the advertisements are deceptive in that they reference esophagitis studies comparing Nexium to Prilosec, but omit the findings of those same studies that Nexium offered no statistically significant improvement over Prilosec. The advertisement is also deceptive and misleading because it creates the impression Nexium, but not Prilosec, did well in the head-to-head tests. The advertisement states that the EE studies comparing Prilosec with Nexium show that Nexium has "proven efficacy in short term healing (4-8 weeks) and that Nexium has "proven symptom control." The same can be said for Prilosec, but the advertisement, by omission, leads the reader to conclude that Nexium accomplished something in the studies that Prilosec didn't. This is bolstered by the fact that Nexium and Prilosec are held out as on equal footing on safety and tolerability. In other words, to the reasonable reader, Nexium was different than Prilosec with respect to the first two points concerning efficacy, and similar to Prilosec when it comes to safety and tolerability.

126. The following advertisement appeared in print media on several occasions throughout the Class Period:



127. This advertisement was deceptive and unfair in a number of regards. The overall intent of the advertisement was to cause doctors and consumers to believe that Nexium was a

CONSOLIDATED CLASS ACTION COMPLAINT    - 38 -

better product. Why "proudly introduce" Nexium if there was not an improvement over Prilosec. The advertisement refers to "the new purple pill" without disclosing that it chemically and clinically is not "new," but simply the same basic drug with the same clinical benefits at a greater cost. Having invoked the Prilosec image of the "purple pill," and the terms "proudly" and Prilosec, a fair disclosure would have disclosed the lack of clinical superiority between Nexium and Prilosec. The advertisement also fails to disclose that any possible claims of superiority, were offset when in such tests Nexium had a greater incidence of side effects, including headache, abdominal pain, and diarrhea.

128. The following Nexium advertisement appeared in print media during the Class Period:



[Advertisement continues on next page.]



129.  This advertisement is part of AstraZeneca's misleading and deceptive course of conduct in that it (1) omits any reference to the lack of clinical advantages of Nexium compared to Prilosec, despite reference to Prilosec; (2) it offers a free 7-day trial in an effort to lure consumers into switching to Nexium despite the lack of a clinical benefit in doing so; and (3) it

used the term "proudly" to create the false impression that Nexium was an improvement over Prilosec.

130. The following Nexium advertisement appeared in print media throughout the country at various times in the Class Period.



CONSOLIDATED CLASS ACTION COMPLAINT - 42 -

131. This advertisement was deceptive and unfair for the following reasons. It refers to "Today's Purple Pill ... from the makers of Prilosec." The intent and impression created by this advertisement is that Nexium is an improvement over Prilosec, otherwise why would the makers of Prilosec offer it? Having referenced Prilosec, the advertisement is also deceptive for failure to disclose that the exact same relief that is "possible" with Nexium is also possible with Prilosec and that Nexium is not superior in any fashion to Prilosec.

132.  The following Nexium advertisement appeared in print publications throughout the nation at various times during the Class Period:



133. The foregoing advertisement is misleading and/or deceptive as it fails to disclose that AstraZeneca has manufactured and distributed for sale Nexium solely to maintain the superior profits that derive from sales of a brand name drug, as opposed to a generic drug, and that AstraZeneca manufacturers a far less expensive drug that is equally as effective. Given the fact that advertisement capitalizes on the "purple pill," which Prilosec had been prior to Nexium, it was deceptive to omit disclosure of the fact there is no statistical clinical significance in Nexium over Prilosec. The statement that "Relieve the heartburn Heal the damage." as being possible with "the purple pill called Nexium" is misleading and creates a false impression by implying that Nexium is superior in this regard to Prilosec when in fact the exact same relief and healing is available with Prilosec.

134. The following advertisement was published by AstraZeneca and appeared in print media throughout the nation:



