# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

June 21, 2005

<u>BY ELECTRONIC FILING</u>

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

  Re: Pennsylvania Employee Benefit Trust Fund v. AstraZeneca;
     C.A. No. 05-75 (SLR)
     Watters v. AstraZeneca; C.A. No. 05-196 (SLR)
     <u>Macken v. AstraZeneca; C.A. No. 05-220 (SLR)</u>

Dear Chief Judge Robinson:

  Enclosed is a defendants' proposed Scheduling Order, in connection with the telephone conference set for Thursday morning at 9:00. We have discussed this proposal with plaintiffs' counsel, and the parties have agreed to submit separate proposals. We look forward to discussing this with you on Thursday morning.

              Respectfully,

              /s/ *Jack B. Blumenfeld*

              Jack B. Blumenfeld

JBB/bls
Enclosure

cc: Peter T. Dalleo, Clerk (By Hand)
   Pamela S. Tikellis, Esquire (By Hand)
   Steve W. Berman, Esquire (By Fax)
   Peter I. Ostroff, Esquire (By Fax)