IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P.<br><br>        Defendants. | Civ. No. 05-075-SLR |
| LINDA A. WATERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P. and ZENECA, INC.<br><br>        Defendants. | No. 05-196-SLR |
| JOSEPH MACKEN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P. and ZENECA, INC.<br><br>        Defendants. | Civ. No. 05-220-SLR |

**<u>MOTION PRO HAC VICE</u>**

     A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Steve W. Berman of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue Suite 2900, Seattle, WA 98101 to represent plaintiff, in this action.

Dated: June 22, 2005                                CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs