IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEXIUM CONSUMER/PAYOR ADVERTISING LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) LINDA A. WATTERS, Commissioner, ) Offices of Financial and Insurance Services ) for the State of Michigan in her capacity as ) Rehabilitator of The Wellness Plan and in her ) capacity as Liquidator of Michigan Health ) Maintenance Organization Plans, Inc., formerly ) known as OmniCare Health Plan, Inc., ) individually and on behalf of all others ) similarly situated, ) ) Plaintiff ) | Master File No. 1:05-cv-75<br><br>Hon. Sue L. Robinson, USDJ<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF RONALD S. GOLDSER** |

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Ronald S. Goldser to represent LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated, in this matter.

Date: 6/24/05

A. Zachary Naylor – DE Bar #4439
CHIMICLES & TIKELLIS LLP
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Telephone: 302.656.2500

Attorney for Plaintiff