IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEXIUM CONSUMER/PAYOR ADVERTISING LITIGATION ) ) ) ) | Master File No. 1:05-cv-75 <br><br> Hon. Sue L. Robinson, USDJ |
| LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated, ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER GRANTING MOTION FOR PRO HAC VICE OF RONALD S. GOLDSER** |
| Plaintiff ) | |

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____          _____
                                United States District Judge